**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

NING YANG,

Petitioner,

v.

JEFFREY BUTLER, *in his official capacity as Warden, FCI Lewisburg*,

Respondent.

No. 4:26-CV-02319

(Chief Judge Brann)

**ORDER**

**OCTOBER 13, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Yang's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;
2. Respondent **SHALL** release Yang from custody within 48 hours of the date of this Order;
3. Respondent is directed to **RESTORE** the conditions of Yang's prior order of supervision, if any existed;
4. Respondent **SHALL** file a certification with the Court on or before Friday, October 16, 2026, confirming that Yang has been released from custody; and

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge